UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANASTACIO ROMERO PEREZ, et al., individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

665 9TH AVE. RESTAURANT CORP., d/b/a GALAXY DINER, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020

1:20-cv-04973-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    This case was filed on June 29, 2020.  *See* ECF #1.  The time to serve Defendants with the Complaint expired on September 27, 2020.  *See* Fed. R. Civ. P. 4(m).  Plaintiffs have not shown good cause for why the time to serve should be extended.  Accordingly, this case is DISMISSED WITHOUT PREJUDICE for failure to serve.

**SO ORDERED.**

**Date:  October 5, 2020**
**New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**